# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHAEL L. COBY                                    Case Number: 04-71547
        1515 KINGSLEY DRIVE          SSN-xxx-xx-3047
        MACHESNEY PARK, IL  61115

                                                    Case filed on:        3/23/2004
                                                    Plan Confirmed on:    5/28/2004
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $31,013.76          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 9,467.43 | 9,467.43 | 9,467.43 | 0.00 |
|  | Total Priority | 9,467.43 | 9,467.43 | 9,467.43 | 0.00 |
| 999 | MICHAEL L. COBY | 0.00 | 0.00 | 1,058.17 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,058.17 | 0.00 |
| 001 | PORTFOLIO RECOVERY ASSOCIATES | 6,000.00 | 6,000.00 | 6,000.00 | 544.04 |
|  | Total Secured | 6,000.00 | 6,000.00 | 6,000.00 | 544.04 |
| 001 | PORTFOLIO RECOVERY ASSOCIATES | 3,525.48 | 3,525.48 | 3,525.48 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 6,164.82 | 6,164.82 | 6,164.82 | 0.00 |
| 003 | INOVISION / NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROCKFORD E A S | 295.77 | 295.77 | 295.77 | 0.00 |
| 005 | VAN MATRE HEALTH SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 577.80 | 577.80 | 577.80 | 0.00 |
|  | Total Unsecured | 10,563.87 | 10,563.87 | 10,563.87 | 0.00 |
|  | Grand Total: | 27,395.30 | 27,395.30 | 28,453.47 | 544.04 |

Total Paid Claimant:      $28,997.51
Trustee Allowance:        $2,016.25           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

        Report Dated:


                                        __/s/ Lydia S. Meyer_____
                                        Lydia S. Meyer, Trustee



        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 02/29/2008              By  /s/Heather M. Fagan